FILED

97 JUL -2 AM 10: 21

U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION**

CECIL FEARON,                          )
                                       )
        Plaintiff,                     )
                                       )
vs                                     )    CIVIL ACTION NO. 96-P-2235-W
                                       )
                                       )
BRYAN BONNER, RON HEATON,              )
TERRY WILSON, RICHARD KEYS,            )
AND TIMOTHY SORONEN,                   )
                                       )
        Defendants.                    )

ENTERED

JUL 0 2 1997

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, the defendants' motion for summary judgment is due to be granted and this complaint is due to be dismissed as to the plaintiff's claim that the defendants verbally harassed him, but the defendants' motion for summary judgment is due to be denied as to the plaintiff's claim that the force used against him violated the United States Constitution.

The plaintiff has filed a request to extend the time to object to the report and recommendation entered in this case on May 15, 1997. The plaintiff has already been

23

given an additional nine days to respond on his previous request for more time.  The pending motion for another extension of time is due to be denied.

An appropriate order will be entered.

DONE, this 2ʳᵈ day of June, 1997.

SAM C. POINTER, JR.,
CHIEF UNITED STATES DISTRICT JUDGE